**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61449-CIV-ALTONAGA**

**ROBERTO ALEXANDER**
**GONZALEZ**,

      Movant,

v.

**UNITED STATES OF AMERICA**,

      Respondent.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte.* On July 27, 2023, Movant Roberto Alexander Gonzalez docketed a Motion Under 28 U.S.C. [Section] 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Motion") [ECF No. 1], attacking his federal conviction and sentence entered in case number 19-cr-60053. (*See generally id.*). After reviewing the Motion, the Court found that it failed to satisfy "the heightened pleading standard for section 2255" and provided Movant an opportunity to amend by September 1, 2023. (Aug. 3, 2023 Order [ECF No. 4] 2). Movant requested an extension of time to amend, and the Court extended the deadline to September 15, 2023. (*See generally* Aug. 28, 2023 Order [ECF No. 7]).

In its August 3, 2023 Order, the Court cautioned Movant that failure to amend his Motion by the Court's deadline would result in dismissal of his Motion and case. (*See* Aug. 3, 2023 Order 3; *see also* Aug. 28, 2023 Order 2 ("The Court cautions Movant that it will not extend the deadline to amend again.")). To date, Movant has not filed an amended motion.

Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. The

Clerk shall **CLOSE** this case.

        **DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2023.

        _____
        **CECILIA M. ALTONAGA**
        **CHIEF UNITED STATES DISTRICT JUDGE**

cc:      Movant, *pro se*